"UNDER SEAL"

FILED
CHARLOTTE, NC

JUN 19 2013

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) LARRY MITCHELL SNYDER<br>(2) RICKY ALLEN LATHAM<br>(3) EARL BUTLER POTTER<br>(4) STEPHANIE LYNN SHATLEY<br>(5) JARED WILLIAM PARDUE<br>(6) TAWANA M. SPARKS<br>(7) BAXTER SMITH JAMES | Docket No. 5:13-cr- 50<br><br>*UNDER SEAL*<br><br>**ORDER SEALING BILL OF INDICTMENT AND OTHER DOCUMENTS** |

UPON MOTION of the United States of America for an order directing that the Bill of Indictment, the Arrest Warrants, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Bill of Indictment, the arrest Warrants, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to forward a signed copy of this Order to the United States Attorney's Office via email (Steven.Kaufman@usdoj.gov).

So ordered this 19th day of June 2013.

THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE